JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-242 JLR |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE AND TRIAL DATE |
| BRIAN HALLER, | |
| Defendant. | |

[PROPOSED] ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE AND TRIAL DATE

This matter having come before the Court on the Defendant's Motion to extend the Pre-Trial Motions Deadline, and the Court having considered the arguments and reasons presented by all parties, This Court now finds as follows:

That, the moving party has demonstrated good cause and just reasons in support of the extension;

That, the negotiations in this case and the recent provision of discovery constitutes reasonable grounds to support the requested extension of the deadline;

[PROPOSED] ORDER CONTINUING PRE-TRIAL
MOTIONS DEADLINE AND TRIAL DATE
Page 1.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

ACCORDINGLY, This Court hereby finds that an extension of the pre-trial motions deadline and the trial date are necessary to afford counsel to effectively prepare for trial and to effectively prepare pre-trial motions;

That, the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial; 18 U.S.C. Section 3161(h)(8)(A) and Section 3161(h)(8)(B)(iv).

Therefore IT IS HEREBY ORDERED THAT, the Motion to Continue shall be GRANTED;

That, an extension of the pre-trial motions deadline to December 1, 2015 and trial date to January 19, 2016 do not appear to prejudice any party, including the Government;

The resulting period of delay from October 5, 2015 up to and including the new trial date in January 2016 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

SO ORDERED ON THIS 21ST DAY OF August, 2015.

_____
JUDGE JAMES L. ROBART
U.S. District Court Judge

Presented by:

THE MARSHALL DEFENSE FIRM

_____
AIMEE SUTTON, WSBA No. 34508
of Attorneys for Brian Haller

[PROPOSED] ORDER CONTINUING PRE-TRIAL
MOTIONS DEADLINE AND TRIAL DATE
Page 2.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462